COMMONWEALTH of Pennsylvania,
Respondent

v.

Joshua J. STOKES, Petitioner

No. 200 EAL 2017

Supreme Court of Pennsylvania.

October 3, 2017

## ORDER

PER CURIAM

AND NOW, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.